

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00179-CR

———————————————

DONALD MCCRAY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 78th District Court
Wichita County, Texas
Trial Court No. DC78-CR2023-1534

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Memorandum Opinion by Chief Justice Sudderth

# MEMORANDUM OPINION

Appellant Donald McCray has filed two pro se notices of appeal,[1] but there is no record of a final judgment or an appealable order.

Because a final judgment or an appealable order is necessary for this court to obtain jurisdiction, *see* Tex. R. App. P. 26.2(a); *Ahmad*, 158 S.W.3d at 526; *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (per curiam), we notified Appellant of our concern that we lacked jurisdiction. We warned that we would dismiss the appeal unless, within ten days, Appellant or any other party showed grounds for continuing it. *See* Tex. R. App. P. 44.3. Appellant responded with a brief that lodged various complaints about his case, but he did not identify a final judgment or appealable order giving us jurisdiction to consider his complaints.

---

[1]Appellant's notices of appeal reference the trial court's denial of his motion to dismiss his indictment. The denial of a motion to dismiss or quash an indictment is not subject to interlocutory appeal. *See Alonzo v. State*, No. 03-23-00255-CR, 2023 WL 3907034, at *1 (Tex. App.—Austin June 9, 2023, pet. ref'd) (mem. op., not designated for publication) (dismissing appeal from denial of motion to set aside indictment for want of jurisdiction); *Jones v. State*, No. 02-18-00353-CR, 2018 WL 4177450, at *1 (Tex. App.—Fort Worth Aug. 30, 2018, no pet.) (per curiam) (mem. op., not designated for publication) (similar); *Ahmad v. State*, 158 S.W.3d 525, 526–27 (Tex. App.—Fort Worth 2004, pet. ref'd) (similar).

Accordingly, we dismiss the appeal for want of jurisdiction. Tex. R. App. P. 43.2(f); *see Ahmad*, 158 S.W.3d at 526–27.

/s/ Bonnie Sudderth

Bonnie Sudderth
Chief Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: June 27, 2024